

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/1/2015 3:27:58 PM
CHRISTOPHER A. PRINE
Clerk

# John D. Kinard

**District Clerk**

April 1, 2015

**Fourteenth Court of Appeals**
**Christopher Prine Clerk of Court**
**301 Fannin Suite 245**
**Houston TX 77002**

### SUPPLEMENTAL NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 14-FD-0084,** Styled **In the Matter of the Marriage of: Nicholas Dusan Jeremy and Loren Rose Jeremy-** Filed in **306th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case. This case is assigned to the **14th** Court of Appeals, Houston, Texas.

Please note the following information:
**Date of Appealable Order or Judgment: 12/18/2014**
**Notice of Appeal:  03/30/2015**
**Motion for New Trial filed: 01/19/2015**
**Request for Finding of Facts and Conclusions of Law filed:  none**
**Trial Judge: Janis L. Yarbrough - Presiding Judge Anne B. Darring**
**Court Reporter: Ron Vella – Presiding Court Reporter Mary Kate Piper**

Request is hereby made that all **parties immediately file any designation** of material to be included in the Clerk's record. Any 'Motions for Extension of Time' to file the record on appeal must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record.

Sincerely,

**John D. Kinard**, District Clerk
Galveston County, Texas

By: /s/  **Faye Edwards,**  Deputy

1

Copy sent to

Mark Aronowitz, Appellant Attorney
Attorney for:  Loren Rosanna Jeremy
P. O. Box 1201
League City , TX  77592-1201

Christina S. Tillinger, Appellee Attorney
Attorney for:  Nicholas Dusan Jeremy
17207 Feather Craft Lane
Webster, Texas  77598

Theresa L. Henry, Intervenor
Law Office of Theresa L. Henry
2600 South Shore Blvd, Suite 300
League City, TX  77573

Mary Kate Piper, (Presiding) Court Reporter 306th
600 59th Street, Suite 3304
Galveston, TX  77551
Hand delivered

Filed: 3/28/2015 8:16:09 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4682721
By: Karen Johnson
3/30/2015 8:10:30 AM

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: _____14-FD-0084_____

*(The Clerk's office will fill in the Cause Number when you file this form.)*

**Petitioner/
Plaintiff** Nicholas Dusan Jeremy 306

In the *(check one):*

☒ District Court
☐ County Court at Law
☐ Justice of the Peace

**Respondent/
Defendant** Loren Rosanna Jeremy Galveston

*(County)* County, Texas

## Affidavit of Indigency
*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public *or* 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is Loren Rosanna Jeremy   My phone number is (281)739-8727

"My mailing address is 8112 Fm 517 RD East Dickinson, TX 77539

"My email address is lorenj2014@gmail.com

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form."
*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income*

② "I receive these **public benefits**/government entitlements that are based on indigency:

☐ SSI   ☐ WIC   ☐ Food Stamps/SNAP   ☐ TANF   ☐ Medicaid   ☐ CHIP   ☐ AABD
☐ Needs-based VA Pension   ☐ County Assistance, County Health Care, or General Assistance (GA)
☐ LIS in Medicare ("Extra Help")   ☐ Community Care via DADS   ☐ Low-Income Energy Assistance
☐ Emergency Assistance   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Public Housing   ☐ Other: *(Describe)* _____

*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ "My **income sources** are stated below. *(Check all that apply)*
☐ Unemployed since: *(date)* Homemaker 2009   -or-
☑ Wages: I work as a _____   for _____
*Your job title*                          *Your employer*

☑ Child/spousal support   ☐ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses ☐ Military Housing ☐ Worker's Comp ☐ Disability ☐ Unemployment ☐ Social Security
☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2nd job or other income: _____
*(describe)*

④ "My **income amounts** are stated below.

| | | |
|---|---|---|
| (a) My monthly net income *after taxes* are taken out is: | Total income *after taxes* → | $ _____ |
| (b) The amount I receive each month in public benefits is: | Total amount received → | + $ _____ |
| (c) The amount of income from other people in my household is:* | Total amount received → | + $ _____ |
| (d) The amount I receive each month from other sources is: | Total amount received → | + $ 2400.00 |
| (e) My TOTAL monthly income is | Add all sources of income above → | = $ 2400.00 |

*List this income only if other members contribute to your household income.*

© TexasLawHelp.org - Affidavit of Indigency, February 2014

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | Stephan Jeremy | 22 | Son |
| 2 | Bronte Nicole Jeremy | 16 | daughter |
| 3 | Katarina Jeremy | 12 | daughter |
| 4 | | | |
| 5 | | | |
| 6 | | | |

⑥ "My **property** includes:

| | Value* |
|---|---|
| Cash | $ 0 |
| Bank accounts, other financial assets *(List)* | |
| Amegy | $ -300.00 |
| Wood Forest | $ -800.00 |
| | $ |
| Vehicles (cars, boats) *(List make and year)* | |
| Needs repair 2003 Chevy Trailblazer | $ 1000.00 |
| Need repair 1995 Ford F350 | $ 500.00 |
| | $ |
| | $ |
| Real estate (house or land) *(Do not list the house you live in.)* | |
| | $ |
| | $ |
| Other property (like jewelry, stocks, etc.) *(Describe)* | |
| RV (Needs repair) | $ 1500.00 |
| | $ |

Total value of property → = $ 1900.00

⑦ "My monthly **expenses** are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ 850.00 |
| Food and household supplies | $ 500.00 |
| Utilities and telephone | $ 500.00 |
| Clothing and laundry | $ 100.00 |
| Medical and dental expenses | $ 300.00 |
| Insurance (life, health, auto, etc) | $ 200.00 |
| School and child care | $ |
| Vehicle payments | $ |
| Gas, bus fare, auto repair | $ 500.00 |
| Child / spousal support | $ 0 |
| Wages withheld by court order | $ |
| Debt payments | $ |
| Other expenses *(Describe)* | $ |
| Legal | $ 800.00 |
| Unpaid Business expenses | $ 1400.00 |
| Traffic Violation Pmts | $ 50.00 |

Total monthly Expenses → = $ 5200.00

*The value is the amount the item would sell for less the amount you still owe on it (if anything)

⑧ "My **debts** include: *List debt and amount owed* The court reporter's fee in this case which will be approximately $5,0000.00 and the clerk's record in this case which is $500.00 Household expenses unpaid by spouse under previous orders 6000.00, unpaid business expenses unpaid while spouse took control of business $6000 Approx; Student loan 10,000

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." **Check here if you attach another page.** ✓

⑨ "I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."

⑩ **Your Signature.** *You must either: 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.*

▶ _[signature]_     3/23/15
Your Signature     Date

State of Texas
County of Galveston
*Print the name of county where this Affidavit is notarized*

Sworn to and subscribed before me today, March 23 2015, by Loren R. Jeremy
_[signature: Diana Connelly]_     Date     *Print name of person who is signing this Affidavit. NOT the notary's name.*
Notary's Signature

DIANA CONNELLY
MY COMMISSION EXPIRES
May 30, 2015

© TexasLawHelp.org - Affidavit of Indigency, February 2014

# Exhibit: Additional Supporting facts Pg1

There are many times my minor children need toiletries, gas money, food, rides $ even medical care that I provide in spite of the order for my spouse to doe so.

Under harassment $ stress from the divorce, we were forced to close the family run business before the temporary hearing. We have 4 months of rent and expenses that should have been paid by my spouse during temporary orders. The business loss from 4½ months of being closed in addition to the loss of our home during the temporary orders has nearly destroyed our business that my son $ I have tried to reopen. Without the community help we would have to shut the doors. Our landlord allows us to stay in business with the promise of repayment when I finally receive my portion of the marital estate.

The RV received is Not sellable in it's current state with water damage & Not running.

The Ford F-350 was hit, does Not run, & my spouse removed the Dash & many parts & greatly diminished its value during the divorce. We received it with its parts and since then it has been hit.and No longer runs. This was my son's daily driver after we received it.

The Chevy trailblazer also was received with it's interior parts and is my driver. It would have to be put back together to sell in addition to repair of an oil leak & another mechanical problem I cannot afford to have diagnosed.

There are also Sales tax expenses that my spouse received by mail & withheld from me that I found during visitation.

My son is Stephan Jeremy, 22. He & I were both removed from our home along with our pets while I was still recovering from surgery by the temporary orders. The shock & stress from the cruelty has made it very hard to work & we both exist on the spousal support I receive while trying to get our business to start making money again. He works the shop and we are in debt currently.

I am unable to continue my medical care so that I can get back to work fully due to the lack of support & not receiving my portion of the marital estate.